No. 233. WILEY ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied. *William Waller* for petitioners. Solicitor General Rankin, Assistant Attorney General Rice, Meyer Rothwacks and Carolyn R. Just for respondent. ▮

No. 236. STERN & STERN TEXTILES, INC. (SUCCESSOR IN INTEREST TO HUGUET FABRICS CORP.) *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Howe P. Cochran, Margaret F. Luers* and *Betti Cochran Stockvis* for petitioner. Solicitor General Rankin, Assistant Attorney General Rice, Lee A. Jackson and Harry Marselli for respondent. ▮

No. 237. GIOVANNETTI, ADMINISTRATRIX, *v.* GEORGETOWN UNIVERSITY HOSPITAL ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *I. William Stempil* for petitioner. *Paul R. Connolly* and *H. Mason Welch* for respondents.

No. 238. PROCTOR ET AL. *v.* SAGAMORE BIG GAME CLUB ET AL. C. A. 3d Cir. Certiorari denied. *John E. Evans, Sr.* and *James C. Evans* for petitioners. *W. Pitt Gifford* and *J. Villard Frampton* for respondents. ▮

No. 240. WOLIN ET UX. *v.* ZENITH HOMES, INC., ET AL. Court of Appeals of Maryland. Certiorari denied. *Walter J. Cahill* for petitioners.

No. 245. AFFILIATED MUSIC ENTERPRISES, INC., *v.* SESAC, INC. C. A. 2d Cir. Certiorari denied. *Irving Lemov* and *Michael Halperin* for petitioner. *Thomas F. Daly* for respondent. ▮